IH-14

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
        against
BRADLEY ROUSE

(Alias)_____

_____

                    Please PRINT Clearly
```

07-mj-00862-UA
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:   JAMES M. PARKISON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [ ] NO    [ ] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. November  YR. 1988

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE ___New York___ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
David Touger
Attorney for Defendant
Peluso & Touger LLP
Firm name if any
70 Lafayette Street
Street address
New York      New York      10013
City          State         Zip
(212) 608-1234
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186