✍ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07CRIM 930**

------------------------------------x

UNITED STATES OF AMERICA

   v.

BRADLEY ROUSE,

      Defendant.

------------------------------------x

NOTICE OF INTENT
TO FILE AN INFORMATION

07 Cr.

  Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
    September 24, 2007

           MICHAEL J. GARCIA
           United States Attorney

       By: _____
          Marshall A. Camp
          Assistant United States Attorney

       AGREED AND CONSENTED TO:

       By: _____
          David Touger, Esq.
          Attorney for Bradley Rouse

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

9/26/07   WHEEL A