```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :
                                 :        WAIVER OF INDICTMENT
BRADLEY ROUSE,                   :
                                 :        07 Cr. ____ (RJH)
                Defendant.       :
                                 :
                                 :
                                 :
- - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841 and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
BRADLEY ROUSE

_____
David Touger, Esq.
Attorney for Bradley Rouse

Witness: _____

Date:   New York, New York
        October 3, 2007