

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2007

**By Fax: 212-805-7948**

The Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

Re: **United States v. Bradley Rouse**,
     07 Cr. 930 (RJH)

Dear Judge Holwell:

    I write with the consent of the defense to request an adjournment of the conference presently scheduled in this matter for Friday, November 30, 2007 at 11:30 a.m. Counsel for both parties continue to anticipate a disposition of this matter, but we do not believe that disposition will be finalized in advanced of tomorrow's conference.

    In addition, <u>the defendant entered in-patient drug treatment today following a positive drug test by Pretrial Services</u>. Accordingly, it is unclear whether the defendant will be available to appear tomorrow.

Hon. Richard J. Holwell
November 29, 2007
Page 2

Therefore, I respectfully request that this matter be set down for a status conference, bail review hearing, and potential plea on December 11, 12 or 13, if convenient to the Court.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marshall A. Camp
Assistant United States Attorney
Tel.: (212) 637-1035

cc: David Touger, Esq. (by fax: 212-513-1989)

*[Handwritten note from judge:]* The parties are directed to proceed with any plea or bail review hearing before the Magistrate Judge. A control date conference before this Court is set for January 11, 2008 at 12:30 pm.

SO ORDERED.

_____
HON. RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE

11/29/07
DATE