**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/18/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 9, 2008

**By Fax: 212-805-7948**
The Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

RECEIVED
JAN - 9 2008

　　　　Re:　**United States v. Bradley Rouse**,
　　　　　　　07 Cr. 930 (RJH)

Dear Judge Holwell:

　　　　After consulting with Your Honor's deputy clerk, I write with the consent of the defense to request an adjournment of the control date in this case to January 31, 2008. Counsel have agreed on a plea agreement but do not believe a plea will be entered before the presently-scheduled control date of January 11. Because this adjournment is sought to facilitate a disposition of this case, I also respectfully request that the time through January 31 be excluded under the Speedy Trial Act. *Such exclusion is in the interests of justice*

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　By: _____
　　　　　　　　　　　　　Marshall A. Camp
　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　Tel.: (212) 637-1035

cc:　David Touger, Esq. (by fax: 212-513-1989)

SO ORDERED.

_____　　　　January 16, 2008
HON. RICHARD J. HOLWELL　　　　　　　　DATE
UNITED STATES DISTRICT JUDGE