UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

          - v -

BRADLEY ROUSE,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

07 Cr. 00930 (RJH)

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge D. Freeman, on January 31, 2008.

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED

Dated: New York, New York
       February 06, 2008

Richard J. Holwell
United States District Judge