UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 07 Cr. 930 (RJH)<br>(filed electronically) |
| – against – | : | NOTICE OF APPEARANCE<br>AND REQUEST FOR ECF |
| BRADLEY ROUSE, | : | NOTIFICATION |
| Defendants. | : |  |

-------------------------------------------------------x

To:   Clerk of the Court
      United States District Court for the Southern District of New York

    I respectfully request that the Clerk note my appearance for Mr. Bradley Rouse in this matter and add me as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

    I am appearing in this action as retained counsel.

    I am admitted to practice in this court.

DATED:   New York, New York
         February 26, 2008

    Respectfully submitted,

          S/
Aaron J. Mysliwiec, Esq.
JOSHUA L. DRATEL, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
T: (212) 732-0707
F: (212) 571-3792
amysliwiec@joshuadratel.com
aaron.mysliwiec@gmail.com

To: All Counsel (via ECF)