UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

- v -

BRADLEY ROUSE

        Defendant.

------------------------------------x

**ORDER**

07 Cr. 00930 - 01  (RJH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge D. Freeman, on 01/31/08;

WHEREAS, a transcript of the allocution was made; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED

Dated: New York, New York
      ~~February~~ March 3, 2008

_____
Richard J. Holwell
United States District Judge